FILED

OCT 3 1 2022

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF VIRGINIA

Newport News Division

| UNITED STATES OF AMERICA | ) | Case No. 4:22mj___78 |
| v. | ) | |
| | ) | 4:22mj___79 |
| **Duval Duquiero Avila ORDONEZ** | ) | |
| | ) | 4:22mj___80 |
| **Ariel ESPINOZA** | ) | |
| | ) | |
| **Dominguito Frometas ROSARIO** | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR ISSUANCE OF ARREST WARRANT

Your affiant, Homeland Security Investigations (HSI) Special Agent (S/A) Gaelan Doskey, being dully sworn and deposed, states the following:

1.      Your affiant is a Special Agent with Department of Homeland Security (DHS), United States Immigration and Customs Enforcement (ICE), Homeland Security Investigation (HSI) and has been so since 2020. From 2007 until 2020, your affiant was employed by the City of Newport News Police Department (NNPD). During your affiant's tenure with the NNPD your affiant conducted drug investigations as a Police Officer, a Detective with the Narcotics Enforcement Unit, a Detective with the Mid-Level Narcotics Unit, and as a Task Force Officer (TFO) assigned to the Drug Enforcement Administration (DEA) Hampton Post of Duty. Your affiant is currently assigned to an investigation regarding a drug trafficking organization (DTO) that is involved in the transportation and importation of cocaine to the Hampton Roads area of Virginia.

2.      Your affiant makes this affidavit in support of an application for an arrest warrant for the

following individuals:

    a. **Duval Duquiero Avila ORDONEZ**

    b. **Ariel ESPINOZA**

    c. **Dominguito Frometas ROSARIO**

3.    This request for an arrest warrant is made in relation to the following offenses occurring in the Eastern District of Virginia (EDVA) and elsewhere:

    a. Manufacture, Distribution, or Possession with Intent to Distribute a Controlled Substance on a Vessel, in violation of Title 46, U.S.C. Section 70503

## FACTS AND CIRCUMSTANCES

4.    Since November 2018, Special Agents and Task Force Officers assigned to the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), working in conjunction with Drug Enforcement Administration (DEA) Special Agents assigned to the Hampton Post of Duty, have been investigating maritime smuggling operations occurring within International Waters.

5.    On October 11, 2022, while on routine patrol in international waters, a Maritime Patrol Aircraft located a Go-Fast Vessel occupied by three individuals approximately 100 nautical miles south of Isla Beata, Dominican Republic. The U.S. Coast Guard Cutter "Valiant" was subsequently diverted to interdict the Go-Fast Vessel. While waiting for the U.S. Coast Guard Cutter Valiant to make contact with the Go-Fast Vessel and its crew, the Maritime Patrol Aircraft observed the three crew members of the Go-Fast vessel jettison several bales of suspected narcotics. U.S. Coast Guard personnel subsequently launched an over the horizon small boat with a boarding crew to make contact with the Go-Fast Vessel. Upon obtaining positive control of the of the Go-Fast Vessel, U.S. Coast Guard personnel identified the three crew members as

Duval Duquiero Avila **ORDONEZ**, Ariel **ESPINOZA** and Dominguito Frometas **ROSARIO**.

6.      There were no indicia of nationality observed on the vessel and when asked about the nationality of the vessel, none of the three crew members wanted to make a claim of nationality for the vessel. The government of the Dominican Republic could neither confirm nor deny nationality of the vessel. U.S. Coast Guard personnel recovered fifteen bales containing approximately 408 kilograms of cocaine, a Schedule II controlled substance. All three mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia (EDVA) for prosecution.

Based on the above, your Affiant believe that there is probable cause to believe that a violation of Title 46 U.S.C., Section 70503 has been committed by **Duval Duquiero Avila ORDONEZ, Ariel ESPINOZA** and **Dominguito Frometas ROSARIO.**

Gaelan A. Doskey
HSI Special Agent
U.S. Department of Homeland Security

Read and Approved:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to before me
On this 31st day of October 2022

Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia

3