IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED IN OPEN COURT
APR 1 3 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 4:22CR99 |
| ) | |
| DUVAL DUQUIERO AVILA ORDONEZ ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. Since March 2020, CGIS Chesapeake Region has supported the Drug Enforcement Administration (DEA) Hampton Post of Duty and Homeland Security Investigations Norfolk with joint investigations of maritime smuggling operations based on the Pacific coast of Colombia as well as throughout the Caribbean. Drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, to transport multi-hundred-kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2. On October 11, 2022, while on routine patrol in international waters, a Maritime Patrol Aircraft located a Go-Fast Vessel occupied by three individuals approximately 100 nautical miles south of Isla Beata, Dominican Republic. The U.S. Coast Guard Cutter "Valiant" was subsequently diverted to interdict the Go-Fast Vessel. While waiting for the U.S. Coast Guard Cutter Valiant to make contact with the Go-Fast Vessel and its crew, the Maritime Patrol Aircraft

observed the three crew members of the Go-Fast vessel jettison several bales of suspected narcotics. U.S. Coast Guard personnel subsequently launched an over the horizon small boat with a boarding crew to make contact with the Go-Fast Vessel. Upon obtaining positive control of the of the Go-Fast Vessel, U.S. Coast Guard personnel identified the three crew members as Duval Duquiero Avila ORDONEZ, Ariel ESPINOZA and Dominguito Frometas ROSARIO.

3. There were no indicia of nationality observed on the vessel and when asked about the nationality of the vessel, none of the three crew members wanted to make a claim of nationality for the vessel. The government of the Dominican Republic could neither confirm nor deny nationality of the vessel. U.S. Coast Guard personnel recovered fifteen bales containing approximately 408 kilograms of cocaine, a Schedule II controlled substance. All three mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia (EDVA) for prosecution. The mariners were transported to the Eastern District of Virginia for prosecution.

Respectfully submitted,
JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DUVAL DUQUIERO AVILA ORDONEZ and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
DUVAL DUQUIERO AVILA ORDONEZ

I am DUVAL DUQUIERO AVILA ORDONEZ's attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
Michael Jones
Attorney for DUVAL DUQUIERO AVILA ORDONEZ